FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D18-1325

_____

GERALD DAVIS,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Belated Appeal—Original Jurisdiction.

April 13, 2018

PER CURIAM.

The petition seeking belated appeal is denied on the merits.

LEWIS, ROBERTS, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

John A. Ramsey, Jr., Gainesville, for Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.